FILED-ED4

02 DEC 18 AM 11:18

CLERK
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DOCKETED

DEC 1 9 2002

Willie Marlow Sr., Willie Marlow Jr. )
and Anthony Williams. )
)
            Plaintiffs, )
)
            v. )
OFFICER Mark L. HEIN,#19700, OFFICER )
HUERRO, JOHN DOE, AND JOHN ROE, JOHN )
POE AND THE CITY OF CHICAGO, )
A MUNICIPAL CORPORATION )
            Defendants )

02 C 9183

JURY DEMANDED

**JUDGE ANDERSEN**

**MAGISTRATE JUDGE DENLOW**

**COMPLAINT**

1.    The jurisdiction of this Court is invoked pursuant to the Civil Rights Act, 42 U.S.C. 1983 and 1988; 28 U.S.C. 1331 and 1323(3); and the Constitution of the United States, and supplemental jurisdiction under 28 U.S.C. Section 1367.

**PARTIES**

2.    Plaintiff Willie Marlow Sr., Willie Marlow Jr., and Anthony Williams are African-American males and are citizens of the United States, and residents of Chicago, Illinois. Willie Marlow, Sr., is the father of Willie Marlow Jr., and Anthony Williams.

1-1

3. Defendant Officers Mark L. Hein, #19700 whose surname is currently known, is a police officer employed by the City of Chicago, and was at all times relevant to the facts alleged in this complaint, acting within the scope of their employment and under color of law. Defendant Officer Hein is being sued individually.

4. Defendant Officer Huerro, whose surname is currently, known, is a police officer employed by the City of Chicago, and was at all times relevant to the facts alleged in this complaint, acting within the scope of their employment and under color of law. Defendant officer Huerro is being sued individually.

5. Defendant Officers John Doe, John Roe, and John Poe, whose names are not currently known, are police officers employed by the City of Chicago, and was at all times relevant to the facts alleged in this complaint, acting within the scope of their employment and under color of law. Defendant officers John Doe, John Roe, and John Poe are being sued individually.

6. The City of Chicago, is a municipal corporation within the State of Illinois, and was at all times material to this Complaint, the employer of defendant police officers Hein, Huerro, John Doe, John Roe, and John Poe.

**FACTS**

7. On or about June 6, 2002 at approximately, 6:00 p.m., the Marlow family, including Willie Marlow Sr., Willie Marlow Jr., and Anthony Williams were returning from a high school graduation.

8. Willie Marlow Sr., who was driving, made a left turn on 63rd and Campbell. At that moment, several defendant officers on foot ordered him to pull over. Mr. Marlow complied. Shortly thereafter, Mr. Marlow Sr. was ordered out of his vehicle, arrested, handcuffed, and placed in a squad car.

9. Meanwhile, defendant officers ordered Mr. Williams out of the vehicle. He also complied and was then arrested and handcuffed. While Willie Jr. sat in the back seat of the passenger side of the vehicle, defendant Officer Huerro, Hein, and other defendant officers began to beat him. He was later removed from the vehicle and handcuffed and defendant officers continued to beat him.

10. Defendant officers also began to beat Anthony Williams while he was outside of the vehicle and handcuffed. During

the course of this event, defendant officers yelled racial epithets at Willie Jr. and Anthony Willliams.

11. Defendant officers laughed at Willie Jr. and Anthony Williams, as they showed them marijuana that they were planning to plant on the Marlow Sr. and Jr., and Anthony Williams.

12. Willie Marlow Sr., witnessed the beat up of his sons at the scene, while he sat handcuffed in a squad car. He was later transported to the police station at 63rd and St. Louis.

13. Willie Marlow Jr. and Anthony Williams were later transported to the same police station at 63rd and St. Louis. While outside the police station the two brothers were beaten again by defendant officers Huerro, Hein and others defendant officers.

14. Once inside the police station, the defendant officers continued to beat Willie Marlow Jr. and Anthony Williams. At the station, Willie Marlow Sr. observed that both his sons had been badly beaten. At the station, Mr. Marlow was told by defendant officers that his sons were "horses."

15. While at the police station Willie Marlow Sr., Willie Jr. and Anthony Williams were all falsely charged. The case were subsequently dismissed.

## COUNT I
### (42 U.S.C. SECTION 1983-Excessive Force Claim)

1-15. Plaintiff alleges and realleges paragraphs 1 through 15 as fully set forth above.

16. As a result of the unreasonable and unjustifiable attack on Willie Marlow Jr., he suffered both physical and emotional injuries.

17. This unreasonable and unjustifiable beating of the Plaintiff Willie Marlow Jr. by defendant officers Hein, Huerro, John Doe, John Roe, and John Poe was a direct and proximate cause of his pain, suffering and mental anguish. This act by the above individual Defendants violated the Plaintiff's Fourth Amendment right to be free from unreasonable seizures, in addition to a violation of 42 U.S.C. § 1983 .

**WHEREFORE**, Plaintiffs demand $50,000 in compensatory damages against Defendant Police Officers Hein, Huerro, John Doe, John Roe and John Poe, and because the Defendants acted maliciously, willfully and/or wantonly, $30,000 individually in punitive damages, plus cost, attorney's

fees, and such other additional relief as this Court deems equitable and just.

## COUNT II
### (42 U.S.C. SECTION 1983-Excessive Force Claim)

1-15. Plaintiff alleges and realleges paragraphs 1 through 15 as fully set forth above.

16. As a result of the unreasonable and unjustifiable attack on Anthony Williams, he suffered both physical and emotional injuries.

17. This unreasonable and unjustifiable beating of the Plaintiff Anthony Williams by defendant officers Hein, Huerro, John Doe, John Roe, and John Poe was a direct and proximate cause of his pain, suffering and mental anguish. This act by the above individual Defendants violated the Plaintiff's Fourth Amendment right to be free from unreasonable seizures, in addition to a violation of 42 U.S.C. § 1983 .

**WHEREFORE**, Plaintiffs demand $50,000 in compensatory damages against Defendant Police Officers Hein, Huerro, John Doe, John Roe and John Poe, and because the Defendants acted maliciously, willfully and/or wantonly, $30,000 individually in punitive damages, plus cost, attorney's fees, and such other additional relief as this Court deems equitable and just.

## COUNT III
### (42 U.S.C. SECTION 1983- FALSE ARREST)

1-15. Plaintiff Willie Marlow Sr. alleges and realleges paragraphs 1 through 15 as full set forth herein.

16. The above acts of the Defendant officers Hein, Huerro, John Doe, John Roe and John Poe, were willfully and wantonly done without probable cause and was a direct and proximate cause of Willie Marlow Sr. pain, suffering and mental anguish, and therefore violated the Plaintiff's Forth Amendment right to be free from unreasonable arrest, search and seizure.

**WHEREFORE**, Plaintiff Willie Marlow Sr. seeks $25,000 in actual or compensatory damages against Defendant officers Hein, Huerro, John Doe, John Roe and John Poe, individually and because they acted maliciously, willfully and/or wantonly, $15,000 in punitive damages against Officers Hein, Huerro, John Doe, John Roe and John Poe, individually.

## COUNT IV
### (42 U.S.C. SECTION 1983- FALSE ARREST)

1-15. Plaintiff Willie Marlow Jr. alleges and realleges paragraphs 1 through 15 as full set forth herein.

16. The above acts of the Defendant officers Hein, Huerro, John Doe, John Roe and John Poe, were willfully and wantonly done without probable cause and was a direct and proximate cause of Willie Marlow Jr. pain, suffering and mental anguish, and therefore violated the Plaintiff's

Forth Amendment right to be free from unreasonable arrest, search and seizure.

**WHEREFORE**, Plaintiff Willie Marlow Jr. seeks $25,000 in actual or compensatory damages against Defendant officers Hein, Huerro, John Doe, John Roe and John Poe, individually and because they acted maliciously, willfully and/or wantonly, $15,000 in punitive damages against Officers Hein, Huerro, John Doe, John Roe and John Poe, individually.

## COUNT V
## (42 U.S.C. SECTION 1983- FALSE ARREST)

1-15. Plaintiff Anthony Willaims alleges and realleges paragraphs 1 through 15 as full set forth herein.

16. The above acts of the Defendant officers Hein, Huerro, John Doe, John Roe and John Poe, were willfully and wantonly done without probable cause and was a direct and proximate cause of Anthony Williams pain, suffering and mental anguish, and therefore violated the Plaintiff's Forth Amendment right to be free from unreasonable arrest, search and seizure.

**WHEREFORE**, Plaintiff Anthony Williams seeks $25,000 in actual or compensatory damages against Defendant officers Hein, Huerro, John Doe, John Roe and John Poe, individually and because they acted maliciously, willfully and/or

wantonly, $15,000 in punitive damages against Officers Hein, Huerro, John Doe, John Roe and John Poe, individually.

## COUNT VI
### (Supplemental State Claim for Assault and Battery)

1-15. Plaintiff William Marlow Jr. alleges and realleges paragraphs 1 through 15 as though fully set forth herein.

16. The acts of the Defendant officers Hein, Huerro, John Doe, John Roe and John Poe, described above, were done maliciously, willfully and wantonly and with such reckless disregard for their natural consequences as to constitute assault and battery under the laws and Constitution of the State of Illinois, and did directly and proximately cause the injuries, pain and suffering of the Plaintiff as alleged above.

**WHEREFORE**, Plaintiff demands judgment against each Defendant officers Hein, Huerro, John Doe, John Roe and John Poe, individually an the amount in excess of $30,000 in compensatory damages and because the Defendants acted maliciously, willfully and/or wantonly, $15,000 in punitive or exemplary damages, plus costs for the battery against him.

## COUNT VII
### (Supplemental State Claim for Assault and Battery)

1-15. Plaintiff Anthony Williams alleges and realleges paragraphs 1 through 15 as though fully set forth herein.

16. The acts of the Defendant officers Hein, Huerro, John Doe, John Roe and John Poe, described above, were done maliciously, willfully and wantonly and with such reckless disregard for their natural consequences as to constitute assault and battery under the laws and Constitution of the State of Illinois, and did directly and proximately cause the injuries, pain and suffering of the Plaintiff as alleged above.

**WHEREFORE**, Plaintiff demands judgment against each Defendant officers Hein, Huerro, John Doe, John Roe and John Poe, individually an the amount in excess of $30,000 in compensatory damages and because the Defendants acted maliciously, willfully and/or wantonly, $15,000 in punitive or exemplary damages, plus costs for the battery against him.

## COUNT VIII
### (Malicious Prosecution under Illinois Law)

1-15. Plaintiff Willie Marlow Sr. alleges and realleges paragraphs 1 through 15 as though fully set forth herein.

16. The above prosecution was initiated by the defendants to cover up the unjustifiable beating of Plaintiffs Willie Marlow, Jr., and Anthony Williams.

17. The defendants signed complaints against Plaintiff which began the prosecution of him. Defendants further gave false statements against Plaintiff to the prosecution.

18. The unjustifiable prosecution was resolved in the Plaintiff's behalf and, therefore, said prosecution was in violation of the Illinois law.

19. The unjustifiable prosecution of the Plaintiff was done willfully and wantonly and was the direct and proximate cause of the physical and mental injuries suffered by the Plaintiff.

**WHEREFORE**, Plaintiff Willie Marlow Sr. seeks $25,000 in actual or compensatory damages against each Defendant officers Hein, Huerro, John Doe, John Roe and John Poe, individually and because the acted maliciously, willfully and/or wantonly, Plaintiff demands $15,000 in punitive damages against each defendant officer.

### COUNT IX
### (Malicious Prosecution under Illinois Law)

1-15. Plaintiff Willie Marlow Jr. alleges and

...

Case: 1:02-cv-09183 Document #: 1 Filed: 12/18/02 Page 12 of 18 PageID #:12

realleges paragraphs 1 through 15 as though fully set forth herein.

16. The above prosecution was initiated by the defendants to cover up the unjustifiable beating of the Plaintiff.

17. The defendants signed complaints against Plaintiff which began the prosecution of him. Defendants further gave false statements against Plaintiff to the prosecution

18. The unjustifiable prosecution was resolved in the Plaintiff's behalf and, therefore, said prosecution was in violation of the Illinois law.

19. The unjustifiable prosecution of the Plaintiff was done willfully and wantonly and was the direct and proximate cause of the physical and mental injuries suffered by the Plaintiff.

**WHEREFORE**, Plaintiff Willie Marlow Jr. seeks $25,000 in actual or compensatory damages against each Defendant officers Hein, Huerro, John Doe, John Roe and John Poe, individually and because the acted maliciously, willfully and/or wantonly, Plaintiff demands $15,000 in punitive damages against each defendant officer.

## COUNT X
### (Malicious Prosecution under Illinois Law)

1-15. Plaintiff Anthony Williams alleges and realleges paragraphs 1 through 15 as though fully set forth herein.

16. The above prosecution was initiated by the defendants to cover up the unjustifiable beating of the Plaintiff.

17. The defendants signed complaints against Plaintiff which began the prosecution of him. Defendants further gave false statements against Plaintiff to the prosecution

18. The unjustifiable prosecution was resolved in the Plaintiff's behalf and, therefore, said prosecution was in violation of the Illinois law.

19. The unjustifiable prosecution of the Plaintiff was done willfully and wantonly and was the direct and proximate cause of the physical and mental injuries suffered by the Plaintiff.

**WHEREFORE**, Plaintiff Anthony Williams seeks $25,000 in actual or compensatory damages against each Defendant officers Hein, Huerro, John Doe, John Roe and John Poe, individually and because the acted maliciously, willfully

and/or wantonly, Plaintiff demands $15,000 in punitive damages against each defendant officer.

## COUNT XI
### (Supplemental State Law Claim for Intentional Infliction of Emotional Distress )

1-15. Plaintiff William Marlow, Sr., alleges and realleges paragraphs 1 through 15 as though fully set forth herein.

16. Defendants Officers Hein, Huerro, John Doe, John Roe and John Poe, intentionally engaged in extreme and outrageous behavior against Willie Marlow Sr., including, but not limited to, unjustifiably beating and detaining his sons Willie Marlow Jr. and Anthony Williams in front of him, causing him mental injuries.

17. Defendants Officers Hein, Huerro, John Doe, Poe and Roe are liable for the intentional infliction of emotional distress because it was proximately caused by their actions as set forth above.

18. The defendants' outrageous behavior caused Willie Marlow Sr. to suffer mental and emotional distress including fear, anger, humiliation and the injuries set forth above.

**WHEREFORE**, plaintiff demands compensatory damages not in excess of $50,000, jointly and severally from the defendant officers Hein, Huerro, John Doe, John Roe and

John Poe, plus costs and additional relief this Court deems equitable and just.

## COUNT XII
### (Respondent Superior under Illinois Law/ City of Chicago)

1-15. Plaintiff Willie Marlow Sr. alleges and realleges paragraphs 1 through 15 as though fully set forth herein.

16. The aforesaid acts of Defendant officers Hein, Huerro, John Doe, John Roe and John Poe, in beating Willie Marlow Jr., and Anthony Williams and falsely arresting and criminally charging Willie Marlow Sr., Willie Marlow Jr., and Anthony Williams were done within the scope of their employment as Chicago police officers, were willful and wanton, and therefore the defendant City of Chicago, as principal, is liable for the actions of its agents under the doctrine of respondent superior.

**WHEREFORE**, Plaintiff Willie Marlow Sr., Willie Marlow, Jr., and Anthony Williams demand judgment against defendant City of Chicago plus costs, and such other additional relief as this Court deems equitable and just.

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS.**

Respectfully Submitted,

Standish E. Willis
Attorney for Plaintiff

Dated: 12/18/02

The Law Office of Standish E. Willis
407 S. Dearborn
Suite 1395
Chicago, Illinois 60605
(312) 554-0005

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I.(a) PLAINTIFFS
Willie Marlow Sr. et al.,

## DEFENDANTS
City of Chicago et al.,

DOCKETED
DEC 19 2002

02C 9183

JUDGE ANDERSEN   MAGISTRATE JUDGE DENLOW

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
The Law Office of Standish E. Willis
407 South Dearborn Street, Suite #1395
Chicago, Illinios 60605
(312) 554-0005

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

42 U.S.C. Section 1983 Civil Rights Cause of Action

## VII. REQUESTED IN COMPLAINT
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. This case
☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE: 12/18/02

SIGNATURE OF ATTORNEY OF RECORD: Standish Willis

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of Willie Marlow et al.,

    Complainant,

    And

City Of Chicago et al.,

**DOCKETED DEC 1 9 2002**

Case Number **02 C 9183**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR

Willie Marlow Sr., Willie Marlow Jr., and Anthony Williams

**JUDGE ANDERSEN**

**MAGISTRATE JUDGE DENLOW**

| (A) | (B) |
|---|---|
| SIGNATURE *Standish Willis* | SIGNATURE |
| NAME Standish E. Willis | NAME |
| FIRM The Law Office Of Standish E. Willis | FIRM |
| STREET ADDRESS 407 South Dearborn Street | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, Illinois 60605 | CITY/STATE/ZIP |
| TELEPHONE NUMBER (312)554-0005   FAX NUMBER 554-1012 | TELEPHONE NUMBER   FAX NUMBER |
| E-MAIL ADDRESS swillis818@aol.com | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER #53066 | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
|  | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER   FAX NUMBER | TELEPHONE NUMBER   FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |